## PEISCH v. LINDER.

INTOXICATING LIQUORS: PROHIBITORY STATUTES: CONSTITUTIONALITY: PLEADING: EVIDENCE. (*McLane v. Bonn*, 70 Iowa, 752, and *Bloomer v. Glendy*, Id., 757, followed.)

*Appeal from Des Moines District Court.*

WEDNESDAY, JUNE 8, 1887.

THIS is an action in equity brought to restrain the defendant from carrying on the business of selling intoxicating liquors contrary to law in a certain building in the city of Burlington. The district court entered a judgment granting the relief demanded. Defendant appeals.

*P. Henry Smyth & Son*, for appellants.

*Newman & Blake*, for appellees.

REED, J.—This cause involves the same questions which were determined in *McLane v. Bonn*, 70 Iowa, 752, and *Bloomer v. Glendy*, Id., 757. Following those cases, the judgment will be AFFIRMED.